IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DANIEL VENTURA-LUNA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:25-cv-498-CDL-AGH |
| KIKA SCOTT, *et al.*, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 8/12/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk